# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-10-00180-CV

**In re Paul Christian Velte**

ORIGINAL PROCEEDING FROM HAYS COUNTY

**M E M O R A N D U M   O P I N I O N**

**PER CURIAM**

This petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Before Chief Justice Jones, Justices Pemberton and Waldrop

Filed: April 9, 2010